# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK KARL JOST, | ) NO. CV 11-0151 R (FMO) |
| Petitioner, | ) |
| v. | ) **JUDGMENT** |
| KATHLEEN ALLISON, Warden, | ) |
| Respondent. | ) |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: April 2, 2012.

MANUEL L. REAL
UNITED STATES DISTRICT JUDGE